Hoffa *versus* Morter.

## Hoffa's Appeal.

June 8th 1876.   Before AGNEW, C. J., SHARSWOOD, MERCUR, GORDON, PAXSON and WOODWARD, JJ.   WILLIAMS, J., absent.

Appeal from the Court of Common Pleas of *Sullivan county*: Of January Term 1876, No. 127.   Certified from Eastern District.

Appeal of Jacob Hoffa from a judgment making absolute a rule taken by the above defendant to show cause why the acknowledgment of a sheriff's deed should not be stricken off or the sale set aside.   The facts appear in Jackson, to use, *v.* Morter, *supra.*

Mr. Justice MERCUR delivered the opinion of the court, October 9th 1876.

As an appeal does not lie from the judgment of the court setting aside a sheriff's sale, the appeal is dismissed.